

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2015

No. 04-15-00769-CV

**IN THE INTEREST OF A.G.R.,** et al children,

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 14-09-0581-CVW
Honorable Melissa Uram-Degerolami, Judge Presiding

# O R D E R

Appellant seeks to appeal from a final order terminating her parental rights. An appeal from such an order is accelerated. *See* TEX. FAM. CODE ANN. § 263.405. The trial court signed the final order of termination on October 8, 2015. Because this is an accelerated appeal, the notice of appeal was due on October 28, 2015. *See* TEX. R. APP. P. 26.1(b) (requiring notice of appeal to be filed within twenty days after the judgment is signed in an accelerated appeal); *see also* TEX. FAM. CODE ANN. § 263.405(c) (filing of a motion for new trial does not extend the appellate deadline). A motion for extension of time to file the notice of appeal was therefore due on November 14, 2015. *See* TEX. R. APP. P. 26.3 (providing a fifteen-day grace period after the deadline for filing notice of appeal). Appellant filed her notice of appeal on November 11, 2015, within the fifteen-day grace period allowed for filing a motion for extension of time to file the notice of appeal; however, no motion for extension was filed. *See* TEX. R. APP. P. 26.3.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore ORDERED that appellant file, ***within ten (10) days*** from the date of this order, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

All appellate deadlines in this matter are suspended until further order of this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court